No. 10–8995. HARPER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9003. SANTIAGO *v.* WHIDDEN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 10–9005. FLOWERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 10–9011. GARCIA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9017. ESPINOZA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 10–9022. WANAMBISI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 10–9023. WATKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–9024. WALKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 10–9025. THOMAS *v.* UNITED STATES DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied. ▮

No. 10–9029. PEREZ-GUTIERREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 10–9041. PINDLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 10–9042. MEDINA VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 10–9045. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 10–9047. ROCHE-MORENO, AKA GONZALEZ-SANTIAGO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮